United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRODERICK DARNELL JONES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 2:22-CV-00261 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the May 2, 2023, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Mitchel Neurock.  (Dkt. No. 10).  Magistrate Judge Neurock made findings and conclusions and recommended that Respondent Lumpkin's Motion to Dismiss with Brief in Support, (Dkt. No. 9) be granted, Petitioner's habeas corpus petition, (Dkt. No. 1), be dismissed with prejudice as time-barred, and a certificate of appealability be denied.  (Dkt. No. 10 at 1).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  No party filed an objection.  As a result, review is straightforward: plain error.  *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005).  No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)  Magistrate Judge Neurock's M&R, (Dkt. No. 10) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2)     Petitioner's Habeas Corpus Petition, (Dkt. No. 1), is **DISMISSED WITH PREJUDICE** as time-barred; and

(3)     Any request for a certificate of appealability is **DENIED**.

It is SO ORDERED.

Signed on May 19, 2023.

DREW B. TIPTON
**UNITED STATES DISTRICT JUDGE**

2